IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 23 A 9:59

CHARLES DIXON #139244
Donald W. Young #157063
BRUCE HARMS #202029
JAMES McDonald #236354
_____
Full name and prison number
of plaintiff(s)

v.

Richard Allen, and Gov. Bob Riley
SIDNEY Williams ET, AL.,
Individual Capacity
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV266-T
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action? YES ( )  NO (X)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment? YES ( )  NO (X)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if
         state court, name the county) N/A

(1) SCANNED
CS 032406

2

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT ___Easterling Correctional Facility___

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ___Easterling Correctional Facility 200 Wallace Drive Clio, Alabama 36017-2165___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME**             **ADDRESS**

1. Richard Allen  11 S. Union Street Montgomery AL, 36130
2. Sidney Williams, 301 S. Ripley St. Montgomery, AL, 36130
3. Bob Riley  11 S. Union Street Montgomery AL, 36130
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___The Plaintiffs Constitutional Rights are Being Violated under Color of State And Federal Laws___

(2)

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

Defendants Richard Allen THE ADOC Prison commissioner and Sidney Williams THE Chairman of the Board of Pardons and Paroles Is unconstitutionaly Causing Chales Dixion, Donald W. Young, Bruce Harms, James McDonald to be Housed in a overcrowded prison facility - THE Defendant Governor Bob Riley is over Both the Apointees. And is Responsible for them failing to perform their duties.

**GROUND TWO:** Defendants Causing Plaintiffs To suffer Cruel and unusual Punishment for Years, Without Remedy.

**SUPPORTING FACTS:** Plaintiffs Being denied and deprived of the Minimal Civilized Measure of lifes Necessities In an over-Crowded Prison At Easterling Correctional facility. And Easterling Correctional Facility is Inadequately Housing 1380 Prisoners In a facility designed for A Maxium Capacity of 650, Condusive to this is Safety and Health Risks.

**GROUND THREE:** Unconstitutionaly understaffing of officers creates dangerous living enviroment at Easterling Corr. Fac.

**SUPPORTING FACTS:** Plaintiffs being violated because of over-crowding thats in violation of the Eigth Amendment. Conditions involves the wanton and unnessary Infliction of Pain Mentally and Physically and Grossly Disporportinate To THE Severity of the Crime warranting Imprisonment. THE Plaintiffs Being Housed for A length of Time In A over Crowded Prison and subjected to the challenged Conditions under the Eight Amendment Rights

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiffs Request That This Court Award Plaintiffs One Million Dollars Each and Injunction and Injunctive Relief from Over Crowding AND Punitive damages of Two Hundred and Fifty thousands dollars Awarded to Each Plaintiff. Allow Plaintiffs to Amend At Any Time. (Charlie Dixon #139244) (Donald W. Young #157063) (James McDonald #236354)

Signature of plaintiff(s)
x Bruce Harms 202029

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3/20/06
(Date)

Charlie Dixon 139244
James P. McDonald #236354
Signature of plaintiff(s)
Donald W. Young #157063
x Bruce Harms 202029

(4)