M/D-6

5

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Charles Dixion #139244 )
Donald W. Young #157063 )
Bruce Harvis #200029 )
James McDonald #236354 )
**Plaintiff(s)** )
)
v. )
)
Richard Allen and )
Sidney Williams et. al. )
Individual Ciapacity )
)
**Defendant(s)** )

2:06cv266-T

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) CHARLES DIXON Donald W. Young, James McDonald  Bruce Harms

moves this Honorable Court for an order allowing her/him to proceed in **this case without**

prepayment of fees, costs, or security therefor, and for grounds therefor submits **the attached**

sworn affidavit in support of the motion.

Charles Dixon #139244
**Plaintiff(s) signature**
Donald W. Young #157063
James McDonald #236354
Bruce Harms #202029

(5)

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FOR THE MiDDlE **District of** ALABAMA

CHARLES Dixon #139244
Donald W. Young #157063   JAMES McDonald #36354
BRUCE HARMS    **Plaintiff**

v.

RICHARD ALLEN And
SIDNEY Williams Et. AL.
InDividual Capacity   **Defendant**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

RECEIVED
2006 MAR 23 A 9:28

I, _____Charles Dixon_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☒ Yes      ☐ No       (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Eastreling Corr, Fac.

    Are you employed at the institution? ___No___  Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.  Are you currently employed?          ☐ Yes      ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts ~~or inheritances~~ | ☒ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

(A)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3/20/06_ .
(date)

_Charle Dixon #139244_
**Signature of Affiant**

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _.73_ on account to his credit at the _Easterling_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_See attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_See attached_

_Yolanda Devan A847_
**Authorized Officer of Institution**

DATE _3/20/06_

(3.)

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 139244     NAME: DIXON, CHARLES **                    AS OF: 03/20/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| MAR   | 11        | $7.90             | $0.00            |
| APR   | 30        | $0.19             | $0.00            |
| MAY   | 31        | $5.22             | $100.00          |
| JUN   | 30        | $2.03             | $25.00           |
| JUL   | 31        | $6.30             | $50.00           |
| AUG   | 31        | $0.07             | $0.00            |
| SEP   | 30        | $6.61             | $75.00           |
| OCT   | 31        | $0.20             | $0.00            |
| NOV   | 30        | $7.29             | $50.00           |
| DEC   | 31        | $2.31             | $50.00           |
| JAN   | 31        | $1.52             | $50.00           |
| FEB   | 28        | $0.73             | $0.00            |
| MAR   | 20        | $0.73             | $0.00            |

(4)