IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| CHARLES DIXON, #139 244<br>DONALD W. YOUNG, #157 063<br>BRUCE HARMS, #202 029<br>JAMES MCDONALD, #236 354<br><br>    Plaintiffs,<br><br>    v.<br><br>RICHARD ALLEN, *et al.*,<br><br>    Defendants. | *<br><br>*<br><br>*<br><br>*<br><br>2:06-CV-266-MHT<br><br>*<br><br>* |

_____

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement at the Easterling Correctional Facility. Each inmate filed a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id*. Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open four (4) separate civil actions - one for each Plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Charles Dixon;

      2. Assign the newly opened cases to the Magistrate Judge and District Judge to which the instant cause of action is assigned;

      3. Place a copy of the complaint, brief in support of the complaint, and the *in forma pauperis* applications filed by inmates Young, Harms, and McDonald, in the newly opened case files;

      4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

      Done this 29th day of March, 2006.

                                      /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE