IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RECEIVED 2006 MAY -2 A 9:33

Charles Dixon, 139244,
PLAINTIFF,
v.
RICHARD ALLEN, et al.,
DEFENDANTS.

CASE NUMBERS:
2006-CV-266-MHT

### COURT ORDER PAY Filing FEE

COMES NOW, PLAINTIFF, CHARLES DIXON, AIS #139244 AND FILING IN THE ABOVED-STYLE COURT. PLAINTIFF IS PAYING HIS FILING FEE $7.50.

TO THE CLERK OF COURT UNITED STATES MIDDLE DISTRICT OF ALABAMA UNITED STATES COURTHOUSE 15 LEE STREET MONTGOMERY, AL. 36104

### CERTIFICATE OF SERVICE

I, hereby certify that I served upon the CLERK OF THE UNITED STATES MIDDLE DISTRICT OF ALABAMA UNITED STATES COURTHOUSE 15 LEE ST. MONTGOMERY, AL. 36104, by placing in Easterling Post Office on this day of APRIL 15, 2006

*Charles Dixon*

Charles Dixon, #139244
Easterling Correctional Facility 200 Wallace Dr., Clio, AL 36017-2615

7.50 Money order Pay to the United States Court Middle District Clerk. CASE 2006-CV-266-MHT.