**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sidney Williams
301 S. Ripley Street
Montgomery AL 36104

2:06 CV 366-MHT

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cornell Long    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Cornell Long
C. Date of Delivery: 5/9/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 09 2006
40 Cpp, Memo, Ord

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 1086

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540