# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **CHARLES DIXON (139244),** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-CV-266-MHT |
| | ) |
| **RICHARD ALLEN, BOB RILEY** | ) |
| And **SIDNEY WILLIAMS,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO STRIKE ANSWER AND SPECIAL REPORT AND TO FILE A CORRECTED COPY OF THE DEFENDANT'S ANSWER and SPECIAL REPORT

**COMES NOW** the defendants **Richard Allen and Bob Riley**, by and through *Bettie J. Carmack*, Assistant Attorney General for the State of Alabama, and move this Honorable Court to allow the defendants to file a corrected copy of the answer and special report previously filed and, for ground, state as follows:

1. Document #23 (Answer and Special Report previously filed by the defendants) erroneously contained the name of another Plaintiff. To avoid further confusion, the defendants request that they be allowed to strike the answer and special report previously filed and to replace it with the attached corrected copy.

Respectfully submitted,

TROY KING (KIN-047)
ATTORNEY GENERAL
By:


/s/ *BETTIE J. CARMACK*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

## CERTIFICATE OF SERVICE

This is to certify that I have on this **6th** day of **June**, **2006**, served copies of the foregoing *Answer and Special Report* upon the plaintiff by depositing same in the United States Mail, addressed as follows:

**Charles Dixon**
**AIS # 139244**
**Easterling Correctional Facility**
**200 Wallace Drive**
**Clio, AL 36017**

/s/ *BETTIE J. CARMACK*
Bettie J. Carmack (CAR -132)
ASSISTANT ATTORNEY GENERAL