IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES DIXON,
    Plaintiff,

       Vs.                                    Case #2:06-cv-266-MHT

RICHARD ALLEN, et al.,
    Defendants

## ANSWER OF
## SIDNEY WILLIAMS

Comes now Sidney Williams, and shows unto the Court as follows:

1)    Williams is absolutely immune from liability predicated on his adjudicative acts, as a member of the Board of Pardons & Paroles, in determining which prisoners are suitable candidates for early release.

2)    Williams is entitled to qualified immunity. He has taken no action that a reasonable parole board member would believe violated clearly established law or deprived the Plaintiff of clearly established rights.

3)    The complaint fails to state a claim upon which relief may be granted.

4)    Williams has insufficient information on which to admit or deny the averments regarding prison conditions. He demands strict proof of all averments.

5)    Williams denies any averment that he caused any harm to Plaintiff, and demands strict proof thereof.

6)    Williams expressly denies depriving Plaintiff of any right, privilege or immunity protected under the Constitution or laws of the United States.

7) The complaint fails to present a justiciable controversy between Plaintiff and Williams, in that Williams has no authority or power to govern, regulate or change the conditions in any prison.

8) Williams denies acting under color of State law to cause prison overcrowding.

WHEREFORE, premises considered, Sidney Williams moves the Court to dismiss him from this action.

Respectfully submitted,

TROY KING.
ATTORNEY GENERAL
KIN047

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026

s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#:  ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.davis@paroles.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2006, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system with will send notification of such to the following: None, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

CHARLES DIXON  
AIS#139244  
EASTERLING CORRECTIONAL FACILITY  
200 WALLACE DRIVE  
CLIO, ALABAMA 36017

Done this 9th day of June, 2006.

        Respectfully submitted,

        s/HUGH DAVIS  
        DEPUTY ATTORNEY GENERAL  
        State Bar # ASB-4358-D63F  
        Alabama Board of Pardons and Paroles  
        Post Office Box 302405  
        301 S. Union Street  
        Montgomery, Alabama 36130  
        (334) 242-8700  
        (334) 353-4423  
        Hugh.Davis@paroles.alabama.gov