IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |  |
|---|---|---|
| CHARLES DIXON, #139 244 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-266-MHT |
| RICHARD ALLEN, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion to Strike Answer and Special Report and File a Corrected Copy of Defendants' Answer and Special Report, and for good cause, it is

ORDERED that the motion (Doc. No. 24) be and is hereby GRANTED.

The Clerk is directed to REMOVE from the docket the Answer and Special Report filed by Defendants Riley and Allen on June 6, 2006 (Doc. No. 23).

Done this 12th day of June, 2006.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE