**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

August 4, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Charles Dixon, et al vs. Richard Allen, et al.**
**Case Number: 2:06cv266-MHT**

**Pleading : #29- Order**

**Notice of Correction is being filed this date to advise that the referenced Order was e-filed on 8/4/2006 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**