IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHARLES DIXON, #139 244            *

    Plaintiff,            *

    v.            *            2:06-CV-266-MHT

RICHARD ALLEN, *et al.*,            *

    Defendants.            *

_____

**ORDER**

For good cause, it is

ORDERED that on or before August 23, 2006 Defendants Riley and Allen shall comply with the court's June 1, 2006 order directing them to file a written report to Plaintiff's complaint, as amended. (*See* Doc. No. 22.) The written report should comply with the directive contained in the June 1 order which requires that the written report contain the sworn statements of all persons having knowledge of the subject matter of the complaint as well as all relevant and/or applicable records, documents, regulations, guidelines, *etc*. (*Id*; *see also* Doc. No. 15.)

It is further

ORDERED that Plaintiff is GRANTED and extension from August 22, 2006 to September 12, 2006 to file a response to Defendants' written reports in accordance with the provisions contained in the court's August 4, 2006 order.

Done this 14th day of August, 2006.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE