IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES DIXON (139244),** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-CV-266-MHT |
| | ) |
| **RICHARD ALLEN, BOB RILEY** | ) |
| **And SIDNEY WILLIAMS,** | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR AN ENLARGEMENT**

**COMES NOW** the defendants **Richard Allen and Bob Riley**, by and through *Bettie J. Carmack*, Assistant Attorney General for the State of Alabama, and moves this Honorable Court to extend the time allocated for them to respond to this Court's Order dated August 14, 2006 and, for grounds, state as follows:

1. This Honorable Court ordered the defendants to amend their special report by August 23, 2006.

2. Before defense counsel can file any amended documents, information has to be obtained from VARIOUS individuals at the prison facility.

3. Defense counsel would be unable to gather the needed information in **6** business days.

**WHEREFORE PREMISES CONSIDERED**, the defendants request the following from this Honorable Court:

A. Grant a twenty (20) day extension for the defendants to file the amended special report.

B.  Any other and further relief in which the defendants may be entitled.

RESPECTFULLY SUBMITTED, this the 23rd day of August, 2006.

TROY KING (KIN-047)
ATTORNEY GENERAL
By:

/s/ *BETTIE J. CARMACK*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

## CERTIFICATE OF SERVICE

This is to certify that I have on this **23rd** day of **August**, **2006**, served copies of the foregoing *Motion for Enlargement of Time* upon the plaintiff by depositing same in the United States Mail, addressed as follows:

**Charles Dixon**
**AIS # 139244**
**Easterling Correctional Facility**
**200 Wallace Drive**
**Clio, AL  36017**

/s/ *BETTIE J. CARMACK*
Bettie J. Carmack (CAR -132)
ASSISTANT ATTORNEY GENERAL