IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| CHARLES DIXON, #139 244 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-266-MHT |
| RICHARD ALLEN, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants Allen and Riley's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 32) is GRANTED; and

2. Defendants are GRANTED an extension from August 23, 2006 to September 12, 2006 to comply with the court's August 14, 2006 order.

It is further

ORDERED that Plaintiff is GRANTED and extension from September 12, 2006 to October 3, 2006 file a response to Defendants' written reports in accordance with the provisions contained in the court's August 4, 2006 order.

Done this 30th day of August, 2006.

                                           /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE