IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES DIXON, #139244              )
                                    )
    Plaintiff,                      )
                                    )
Vs.                                 )    CIVIL ACTION NO.2:06-CV-266-MHT
                                    )
RICHARD ALLEN, et.al.,              )
                                    )
    Defendants.                     )

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Gwendolyn Mosley,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Gwendolyn Mosley</u> and I am presently employed as a <u>Correctional Warden III,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

Inmate Charles Dixon alleges that our facility can only hold 650 inmates and is housing 1380 inmates. At the present time, our facility is housing 1261 inmates. We have stacked bunk beds in each dorm.

All Correctional Facilities are overcrowded at the present time.

Our bathroom facilities have five (5) urinals for approximately 4 to 5 inmates; seven (7) sinks; five (5) toilets; and eight (8) shower heads for each side (A & B).

All inmate shower areas are sprayed with bleach on a monthly basis to control any Staph infections.

EXHIBIT A

Affidavit-Gwendolyn Mosley
Civil Action No.2:06-CV-266-MHT
Page 2

According to our Health Care Unit, Health Services Administrator Ms. Kay Wilson, Hepatitis C is not a major concern here at our facility. We do have inmates with Hepatitis C and they are being treated. On November 22, 2005, our facility vaccinated inmates for Hepatitis B and a follow up was done on December 22, 2005. This was on a voluntary basis by each inmate.

According to our Maintenance Department, all dorms have hot water. At times we have hot water problems due to the need to replace worn parts or sometimes replace water heaters when they cannot be repaired. We have replaced water heaters in all dorms as needed and Maintenance conducts an inspection of all water heaters on a monthly basis.

Inmate barbers are given supplies to clean the hair clippers between each inmate's hair cut and are checked by our supply officer.

I have seen no evidence showing that overcrowding has caused a fire hazard. Our facility conducts a monthly fire drill.

The ADOC is understaffed with Correctional Officers and at times, officers are called upon to work overtime to maintain security.

_Gwendolyn C. Mosley_
Gwendolyn Mosley

SWORN TO AND SUBSCRIBED TO before me this the 25th day of _May_, 2006.

_Linda E. Deal_
NOTARY PUBLIC

My Commission Expires: 7-15-07