IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES DIXON, #139244 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) CIVIL ACTION NO.2:06-CV-266-MHT |
| | ) |
| RICHARD ALLEN, et.al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Cecil Robinson,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Cecil Robinson</u> and I am presently employed as a <u>Plant Maintenance Supervisor II,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

At times, Easterling has hot water problems due to worn parts that have to be replaced and sometimes the replacement of the water heater. Hot water heaters have been replaced in all dorms. The new water heaters are larger than the old ones. We conduct inspections monthly on all water heaters. Every dorm has hot water.

*Cecil Robinson*
Cecil Robinson


EXHIBIT C

Affidavit-Cecil Robinson
Civil Action No.2:06-CV-266-MHT
Page 2


SWORN TO AND SUBSCRIBED TO before me this the 29th day of August, 2006.

_Linda E. Deal_
NOTARY PUBLIC

My Commission Expires: 7-15-07