In The District Court of the United States for the Middle District of Alabama Northern Division

RECEIVED 2006 OCT -2 A 10:21

CHARLES DIXON, AIS #139244
　　Plaintiff,
vs.
Richard Allen, Bob Riley, and Sidney Williams,
　　Defendants.

Civil Action No. 2:06-CV-266-MHT

## Motion For An Enlargement of Time

Comes Now, The Plaintiff Charles Dixon, And Filing in The above-style court a motion for an enlargement of time. Plaintiff have until October 3, 2006, to file his answer to Defendants responded which has been filed.

Plaintiff request this Honorable court to grant a twenty (20) days extension for Plaintiff to file the response to Defendants Special Report and affidavits, do to inadequate law library access at Easterling Correctional Facility.

CERTIFICATE OF SERVICE

I, hereby certify that I served upon the attorney for the defendants by placing in Easterling Correctional Facility post office on this day of SEPT. 29, 2006, and proper addressed:

Troy King  KIN-047
Attorney General By:
Bettie J. Carmarck (CAR-132)
Attorney General Civil Litigation Division
11 South Union Street Montgomery, AL 36130

Charles Dixon #139244
Charles Dixon, AIS# 139244
Easterling Corr. Fac. 200
Wallace Dr., Clio, AL 36017
S-B50