IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES DIXON, #139 244          )
                                )
    Plaintiff,               )
                                )
    v.                       )     CIVIL ACTION NO: 2:06cv266-MHT
                                )
RICHARD ALLEN, *et al.*,        )
                                )
    Defendants.              )

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion for Extension of Time to file his opposition to Defendants' written reports, and for good cause, it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time (Doc. No. 35) is GRANTED; and

2.  Plaintiff is GRANTED an extension from October 3, 2006 to October 23, 2006 to file his opposition.

Done this 6th day of October, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE