```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004922
Cashier ID: khaynes
Transaction Date: 05/01/2008
Payer Name: EASTERLING CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES DIXON
 Case/Party: D-ALM-2-06-CV-000266-001
 Amount:         $18.00
----------------------------------------
CHECK
 Check/Money Order Num: 3416
 Amt Tendered:   $18.00
----------------------------------------
Total Due:       $18.00
Total Tendered:  $18.00
Change Amt:      $0.00
```